# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PATRICIA JO ISRAEL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY BERRYHILL,<br><br>　　　　　Defendant. | CASE NO. C17-5917-MJP<br><br>ORDER OF DISMISSAL |

The Court GRANTS Plaintiff's Unopposed Motion to Dismiss this action.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 14, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　United States District Judge